| CASE NUMBER | PLAINTIFF COUNSEL |
|---|---|
| 21-cv-1945-PJM (Chakrabarti et al) | Jeff Joseph (Joseph & Hall, Aurora, CO) |
| 21-cv-2145-PJM (Agarwal) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-1725-PJM (Bezgam) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02070-PJM (Slevaraj et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-727-GJH (Deshpande et al) | Elizabeth Grdina, Jennifer Nimer (Mooney Green, DC) |
| 21-cv-1213-GLS (Nando) | Roger Nando (Pro Se) |
| 21-cv-1308-JMC (Oyediran) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-1498-BPG (Habimana) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-1548-RDB (Yifan Chen) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-1763-RDB (Pathak) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-1858-BPG (Gandhi) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-1037-CCB (Ji) | James Brousseau (Brousseau & Lee, Falls Church, VA) |
| 21-cv-1069-SAG (Erick Chen) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-1923-SAG (Yusuff) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-1678-GLR (Kartushina) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01287-GLR (Kurbanov) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01289-SAG (Sikder) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01311-ADC (Nwofia) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01329-CCB (Mayan) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01394-GLR (Chiguer) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01400-JKB (Hamodat) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |

| | |
|---|---|
| 21-cv-01402-ELH (Dounnaah) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01435-SAG (Shah) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01437-SAG (Kama) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01442-JMC (Baral) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01449-ADC (Kim et al) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01456-ELH (Skaikh) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01457-BPG (Ta) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01459-SAG (Romero) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01483-RDB (Williams et al) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01518-JMC (Yankov) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01519-ELH (Khalilov) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01521-JKB (Purao et al) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01636-SAG (Gohar) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01646-JMC (Zhang) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01735-JMC (Phuc Le) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01797-RDB (Osubor) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01833-ELH (Kim et al) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01846-BPG (Emedom et al) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01869-CCB (Smith) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01870-CCB (Camara) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01894-BPG (Noumbissie) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01912-SAG (Battalov) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |

| | |
|---|---|
| 21-cv-01913-CCB (Sulaiman et al) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01944-ELH (Loe) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01955-SAG (Quijada Hernandez) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01961-JKB (Faheem) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01963-ELH (Hossain) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01968-CCB (Jackson) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-02164-SAG (Dursun) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01544-CBD (Benston) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-01796-GJH (Tavakoli) | Martin Lawler, Melissa Nonaka (both Lawler & Lawler, San Francisco, CA) |
| 21-cv-02062-PX (Ireland) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-1125-TDC (White) | Andrew Jacob Barreto (Goren & Barreto LLC, Silver Spring, MD) |
| 21-cv-01374-TDC (Oyekunle) | Steven Kreiss (Law Office of Steven Kreiss, Washington, DC) |
| 21-cv-01713-TDC (Juneja et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02001-TDC (Pan et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-01799-TDC (White et al) | Rina Gandhi (Murray Osorio PLLC, Fairfax, VA) |
| 21-cv-02147 (Baheti et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02170-ADC (Abdelmoula) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-02178-ADC (Adouli) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-02154-JKB (Kondragunta et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02067-DKC (Mishra et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-01848-CBD (Prasad et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-01935-CBD (Anepu et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |

| | |
|---|---|
| 21-cv-01939-CBD (Pasrija et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-01940-CBD (Divakar et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02066-CBD (Chakraborty et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02144-CBD (Jamwal et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-01938-PWG (Pimprikar et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02002-PWG (Hosakote et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02065-PWG (Gidugu et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02069-PWG (Chinta et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02153-PWG (Datta et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-00413-GJH (Karaka et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-01710-GJH (Durvasula et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-01720-GLS (Patel et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-01293-TJS (Kandhi et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-01816-TJS (Bakurupanda et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-01851-TJS (Ezami et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02003-TJS (Chepuri et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02155-TJS (Magdum et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-01724-PX (Srivastava et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02064-PX (Devarampati et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02068-PX (Sebastian et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02148-PX (Anand et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02150-PX (Sujatha et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |

| | |
|---|---|
| 21-cv-01999 (Perry et al) | Rina Gandhi (Murray Osorio PLLC, Fairfax, VA) |
| 21-cv-02015-GLS (Mahapatabendige et al) | Rina Gandhi (Murray Osorio PLLC, Fairfax, VA) |
| 21-cv-01254-PX (Thiero et al) | Rina Gandhi (Murray Osorio PLLC, Fairfax, VA) |
| 21-cv-01817-DKC (Lakkaraju et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-01847-CBD (Joseph) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-01850-TDC (Samant et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-1937-TJS (Medavarapu et al) | Brian Scott Green (Law Office of Brian Green, Littleton, CO) |
| 21-cv-02188-SAG (Sauveur) | James Oliver Hacking III (Hacking Law, St. Louis, MO) |
| 21-cv-1965-RDB (Pfeifer et al) | Naima Said (Naima Said and Associates, PC, Columbia, MD) |
| 21-cv-2022 (Abduraufov) | Elizaveta Krukova (National Capital Legal Services, Vienna, VA) |
| 21-cv-2032-GLR (Andhavarapu et al) | Dehai Tao (Dehai Tao, P.C., Ann Arbor, MI) -- HAS NOT ENTERED APPEARANCE |
| 21-cv-2134-ADC (Kerr) | Joshua Goldstein (Goldstein Immigration Lawyers, Los Angeles, CA) |
| 21-cv-2139-RDB (Bolton) | Joshua Goldstein (Goldstein Immigration Lawyers, Los Angeles, CA) |
| 21-cv-2141-CCB (McClymont et al) | Joshua Goldstein (Goldstein Immigration Lawyers, Los Angeles, CA) |
| 21-cv-2149-BPG (Spenard) | Joshua Goldstein (Goldstein Immigration Lawyers, Los Angeles, CA) |
| 21-cv-2187-DKC (AbdulRaheem) | Biodun Bakare (Law Office of Biodun Bakare, Glen Burnie, MD) |